United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-11779-pmm

Kerianne Cichonski  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Mar 12, 2024  Form ID: 155  Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kerianne Cichonski, 10005 Westbourne Pl, Philadelphia, PA 19114-1522 |
| 14792355 | + | Cross Country Mortgage LLC, C/O Mario Hanyon, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14864105 | + | CrossCountry Mortgage LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 14856417 | | CrossCountry Mortgage LLC, C/O Alyk L. Oflazian, PO BOX 165028, Columbus, OH 43216-5028 |
| 14792954 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14792955 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14792941 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 13 2024 00:23:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14804104 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 13 2024 00:23:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14792944 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 13 2024 00:23:00 | Citizens Bank N.A., 1 Citizens Dr, Riverside, RI 02915 |
| 14815107 | | Email/Text: megan.harper@phila.gov | Mar 13 2024 00:23:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14792945 | | Email/Text: megan.harper@phila.gov | Mar 13 2024 00:23:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14822346 | | Email/Text: megan.harper@phila.gov | Mar 13 2024 00:23:00 | City of Philadelphia, Water Dept., C/O Pamela Elchert Thurmond, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| 14792943 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2024 00:33:04 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14792946 | | Email/Text: bankruptcy@philapark.org | Mar 13 2024 00:23:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14792190 | + | Email/Text: EBN@brockandscott.com | Mar 13 2024 00:23:00 | CrossCountry Mortgage, LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14855990 | | Email/Text: amps@manleydeas.com | Mar 13 2024 00:23:00 | CrossCountry Mortgage, LLC, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14792947 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 13 2024 00:23:00 | Cross Country Mortgage, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |
| 14806931 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 13 2024 00:23:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, |

Case 23-11779-pmm   Doc 40   Filed 03/14/24   Entered 03/15/24 00:37:09   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2024 | Form ID: 155 | Total Noticed: 38 |

| | | | |
|---|---|---|---|
| | | | Ste 360, Lake Zurich, IL 60047 |
| 14799383 | Email/Text: mrdiscen@discover.com | Mar 13 2024 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14792948 + | Email/Text: mrdiscen@discover.com | Mar 13 2024 00:23:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14792949 + | Email/Text: dplbk@discover.com | Mar 13 2024 00:23:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14792083 + | Email/Text: dplbk@discover.com | Mar 13 2024 00:23:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14792950 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 13 2024 00:23:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14809232 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2024 00:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14792942 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 13 2024 00:33:03 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14792951 | Email/Text: EBN@Mohela.com | Mar 13 2024 00:23:00 | Mohela, Attn: Bankruptcy 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14792952 | Email/Text: fesbank@attorneygeneral.gov | Mar 13 2024 00:23:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14807692 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 13 2024 00:23:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14792957 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 13 2024 00:23:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 14792953 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 13 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14792956 + | Email/Text: bankruptcy@philapark.org | Mar 13 2024 00:23:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14792958 + | Email/Text: bankruptcy1@pffcu.org | Mar 13 2024 00:23:00 | Police and Fire Federal Credit Union, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14792959 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2024 00:32:57 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14792960 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 13 2024 00:23:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 14798158 + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 13 2024 00:23:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14792961 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 13 2024 00:23:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14792962 ^ | MEBN | Mar 13 2024 00:22:35 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14806544 + | Email/PDF: ebn_ais@aisinfo.com | Mar 13 2024 00:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2024            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor CrossCountry Mortgage  LLC amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor CrossCountry Mortgage  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor CrossCountry Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kerianne Cichonski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| PAMELA ELCHERT THURMOND | on behalf of Water Revenue Bureau c/o City of Philadelphia Law Department Tax & Revenue Unit Bankruptcy Group  MSB 1401 John F. Kennedy Blvd., 5th Floor Philadelphia, PA 19102-1595 pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Kerianne Cichonski )   Case No. 23−11779−pmm
)
)
Debtor(s). )   Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 12, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court