# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | |
| **Kerianne Cichonski** : | **Case No.: 23-11779** |
| : | **Chapter 13** |
| **Debtor(s).** : | **Judge Patricia M. Mayer** |
| : | * * * * * * * * * * * * * * * * * * * * * * * |
| : | |
| : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Stephen R. Franks as counsel of record for creditor **CrossCountry Mortgage** ("Creditor").  Stephen R. Franks is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Stephen R. Franks
Stephen R. Franks (0075345)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
SRFranks@mdklegal.com

/s/ Adam B. Hall
Adam B. Hall (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
ABHall@mdklegal.com

24-002795_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 23-11779** |
| **Kerianne Cichonski** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **CrossCountry Mortgage** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Kerianne Cichonski** | : | |
| **Michael Cichonski** | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Michael A. Cibik, Attorney for Kerianne Cichonski, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Kerianne Cichonski, 10005 Westbourne Pl, Philadelphia, PA  19114-1522

/s/ Adam B. Hall

24-002795_PS